```
 1  JAMES F. LISOWSKI, SR.,
    Panel Bankruptcy Trustee
 2  Nevada Bar No.: 4321
    P.O. Box 95695
 3  Las Vegas, NV 89193
    (702) 737-6111
 4
                    UNITED STATES BANKRUPTCY COURT
 5
                      FOR THE DISTRICT OF NEVADA
 6
    In re:                          )  CASE NO.: BK-S-03-13152 MKN
 7  ANTHONY POLLITS                 )  Chapter 7 -- Liquidation
    CHARLOTTE POLLITS               )
 8                                  )
                                    )
 9  Address:                        )
        508 ELM CREST PL            )
10      HENDERSON, NV 89012-4583    )  Hearing Date: N/A
                                    )  Hearing Time: N/A
11
12  TO: Clerk, United States Bankruptcy Court

13  FROM: James F. Lisowski, Sr., Trustee

14  Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds
    are being forwarded to you to be deposited in the registry of the United States Bankruptcy
15  Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.
```

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 14 | American Medical Acct No 9A1536877<br>c/o Collection Bureau Central, PO Box 29299<br>Las Vegas, NV 89126 | $3.81 | |
| 22 | Desert Surgery Acct No 8401201<br>c/o Allied Collection Service, 1800 E. Sahara Ave., Ste. 10<br>Las Vegas, NV 89104 | $2.40 | |
| 24 | Fingerhut Acct No 17847041-11<br>c/o Plaza Associates, PO Box 18008<br>Hauppauge, NY 11788 | $1.44 | |
| 29 | First USA Bank<br>Acct No 4417116417500, 1523 Concord Pk<br>Wilmington, DE 19803 | $0.23 | |
| 31 | Gevalia Kaffe Acct No NGF03013013909<br>c/o North Shore Agency, Inc., PO Box 8909<br>Westbury, NY 11590 | $2.88 | |
| 33 | K-Mart Acct No 1175303<br>c/o Merchants Reccovery Branch, 3817 Harrison Ave.<br>Cincinnati, OH 45211 | $1.96 | |

RECEIPT #182409    $14.74

| | | | |
|---|---|---|---|
| 34 | Las Vegas Valley Water District Acct No 9A0439217<br>c/o Collection Bureau Central, PO Box 29299<br>Las Vegas, NV 89126 | | $0.48 |
| 39 | Park Dansan<br>Acct No 98100648995, 113 W. 3rd Ave.<br>Gastonia, NC 28052 | | $1.54 |
| **TOTAL** | | $ | 14.74 |

Dated: 1-19-07

James F. Lisowski, Sr., Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.