```
 1 | JAMES F. LISOWSKI, SR.,
   | Panel Bankruptcy Trustee              RECEIVED AND FILED
 2 | Nevada Bar No.: 4321
   | P.O. Box 95695                        2007 MAR 12  P 4:06
 3 | Las Vegas, NV 89193
   | (702) 737-6111                        BANKRUPTCY COURT
 4 |                                       MARY A. GRAY, CLERK
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | CASE NO.: BK-S-03-13152 MKN |
| ANTHONY POLLITS ) | Chapter 7 -- Liquidation |
| CHARLOTTE POLLITS ) | |
| ) | |
| Address: ) | |
| 508 ELM CREST PL ) | |
| HENDERSON, NV 89012-4583 ) | Hearing Date: N/A |
| ) | Hearing Time: N/A |

TO: Clerk, United States Bankruptcy Court

FROM: James F. Lisowski, Sr., Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| 38 | Orchard BankAcct No 541336500109980  Last Date to File Claim Filing Status:Allow, Docket Status: | 10.09 |
| 36 | MonacoAcct No 40000145400496  Last Date to File Claims: 03/1 Filing Status:Allow, Docket Status: | 246.44 |
| 21 | Columbus B&TAcct No 4791-0701-1029-2560  Last Date to File C Filing Status:Allow, Docket Status: | 153.13 |
| 23 | Exxon Mobil<br>Acct No 8503047592, PO Box 4556<br>Carol Stream, IL 60197 | 11.03 |
| 28 | First USA Bank<br>Acct No 4417116417500, 1523 Concord Pk<br>Wilmington, DE 19803 | 11.83 |
| 20 | Citi-Texaco<br>Acct No 5303702806, PO Box 15687<br>Wilmington, DE 19850 | 7.95 |
| 43 | Providian Financial<br>Acct No 1700690070, PO Box 194850<br>San Francisco, CA 94119 | 76.27 |

*Receipt #183039      $1,502.33*

| | | | |
|---|---|---|---|
| 1 | 42 | Providian Financial<br>Acct No 1700690070, PO Box 194850<br>San Francisco, CA 94119 | 216.25 |
| 2 | 41 | Providian<br>Acct No 4465-6117-0069-0070, PO Box 9539<br>Manchester, NH 03108 | 256.45 |
| 3 | 15 | Americredit<br>Acct No 414758201, PO Box 200442<br>Dallas, TX 75320 | 512.89 |

TOTAL: $ 1,502.33

Dated: 3-9-07

James F. Lisowski, Sr., Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.